IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAUL MONROE JAMES, III,

    *Plaintiff*,

v.

UNITED STATES OF AMERICA, *et al.*,

    *Defendants*.

CIVIL ACTION
NO. 19-04627

## ORDER

**AND NOW**, this 2nd day of April 2020, upon consideration of Siemens Medical Solutions USA, Inc.'s Motion to Dismiss (ECF No. 11) and James's Response (ECF No. 13), it is **ORDERED** that the Motion is **DENIED in part and GRANTED in part**. Specifically:

1) The Motion is **GRANTED** as to James's: (a) manufacturing-defect claim in Count IV, and (b) claim for breach of the implied warranty of fitness for a particular purpose in Count V. Those claims are **DISMISSED without prejudice**. James is **GRANTED** leave to amend those claims **on or before Friday, May 1, 2020**.

a) The Motion is **DENIED** in all other respects.

BY THE COURT:

  */s/ Gerald J. Pappert*

GERALD J. PAPPERT, J.

1